Tara Zabehi (SBN No. 314706)
Morgan Barney (SBN 346855)
Karina Grobman (SBN 364205)
**LAWYERS *for* JUSTICE, PC**
450 N. Brand Blvd., Suite 900
Glendale, California  91203
Telephone:  (818) 265-1020
Facsimile:   (818) 265-1021

Attorneys for Plaintiff and Putative Class Representative
Mason Brewster

Collin Seals (SBN No. 249534)
Mark Phillips (SBN No. 223289)
**SEALS PHILLIPS LLP**
301 N. Lake Ave., Suite 600
Pasadena, California  91101
Telephone:  626.240.0632
Facsimile:   626.240.0700
Email:  *collin@sealsphillips.com*
         *mark@sealsphillips.com*

Attorney for Defendants
REDWOOD COMMUNITIES, INC. and
REDWOOD COMMUNITIES, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASON BREWSTER, individually, and on behalf of other employees similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>REDWOOD COMMUNITIES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:26-cv-04424-JLT-EGC<br><br>**ORDER RE: STIPULATION AND REQUEST FOR STAY; VACATING INITIAL SCHEDULING CONFERENCE**<br><br>(Doc. 8) |

**ORDER**

## ORDER

The Court, having considered the Parties' Stipulation, (Doc. 8), and good cause appearing, HEREBY ORDERS as follows:

1. This litigation is STAYED pending the conclusion of mediation.

2. The scheduling conference currently set for September 17, 2026, (*see* Doc. 2), is VACATED.

3. Within seven (7) days of the conclusion or cancellation of the mediation, the parties SHALL file either a (1) Notice of Settlement or (2) Joint Status Report, at which point the scheduling conference shall be re-set if appropriate.

IT IS SO ORDERED.

Dated:    **July 28, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

SEALS PHILLIPS LLP

**ORDER**